IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SAIRA MAHMOOD SANDHU, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:24-cv-01071-LMM |
| v. | : | |
| | : | |
| UNITED STATES DEPARTMENT OF STATE, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Presently before the Court is Plaintiff's motion to stay proceedings in this action to compel a decision by the United States Department of State on her spouse visa application. Dkt. No. [14]. Plaintiff explains that the embassy recently requested additional information from her spouse and that she seeks to stay the case to allow the State Department to consider the submitted documentation, which could render further litigation unnecessary. The motion indicates that Defendants take no position on Plaintiff's request.

For good cause shown, the motion, Dkt. No. [14], is **GRANTED**. However, given the open-ended nature of the stay, the Court finds that the better course of action is to administratively close the matter. Accordingly, this case is

**ADMINISTRATIVELY CLOSED.**[1] The parties are **DIRECTED** to file on or before January 14, 2025, either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 15th day of November, 2024.

*[signature]*
**Leigh Martin May**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.